MAXWELL SCHNEIDER et al. v. RUTHINA KENNAT et al.— Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 589.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., taking no part.

JAMES RIENZO, SR., et al., v. CITY BANK FARMERS TRUST COMPANY et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 890.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of MICHAEL J. LONERGAN against JOHN J. McELLIGOTT, as Fire Commissioner of the City of New York and as Trustee of the New York Fire Department Relief Fund.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 887.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., taking no part.

MOHONK REALTY CORPORATION v. WISE SHOE STORES, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 900.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Callahan, J., taking no part.

FRED LANGFELDER et al. v. UNIVERSAL LABORATORIES, INC.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. [See *ante,* p. 900.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Callahan, J., taking no part.

RADIOCOIN COMPANY, INC., v. LURIA STEEL & TRADING CORPORATION.— Motion for leave to appeal to the Court of Appeals granted. [See *ante,* p. 515.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

AMERICAN SCOTTI CORPORATION et al. v. HENRY POLLAK, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars-costs. [See *ante,* p. 890.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Accounting of EDITH WEINTRAUB, as Administratrix of the Estate of ARNOLD TYROLER, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 900.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Callahan, J., taking no part.

ELMER S. HYDE v. JAMES P. MACBRASWELL et al.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking prescribed by section 593 of the Civil Practice Act. [See *ante,* p. 903.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., taking no part.

FRANK BAILEY et al. v. BUSH TERMINAL COMPANY.— Motion for leave to appeal to the Court of Appeals granted. [See *ante,* p. 899.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Callahan, J., taking no part.

TITLE GUARANTEE AND TRUST COMPANY, as Ancillary Executor of EDWARD T. BEDFORD, Deceased, v. BUSH TERMINAL COMPANY.— Motion for leave to appeal to the Court of Appeals granted. [See *ante,* p. 899.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Callahan, J., taking no part.